■ THOMAS MANZELLA, Respondent, v CITY OF NORTH TONAWANDA et al., Defendants. JOHN W. DANFORTH COMPANY, Third-Party Plaintiff, v FRONTIER INSULATION CONTRACTORS, INC., Third-Party Defendant-Appellant. (Appeal No. 2.) [661 NYS2d 579] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501

[a] [1]). (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Set Aside Verdict.) Present—Lawton, J. P., Callahan, Doerr, Balio and Boehm, JJ.